*NOTICE OF REMOVAL*

**FILED**
**HARRISBURG, PA**

In Re: George H Whaley Jr

**JUN 25 2025**

I do not consent to submitting to the court's jurisdiction nor do I need to consent! I do not consent to the use of my name, likeness or any other intellectual, tangible and/or intangible property, **PER** commercial and or gainer use by the court, the defendant, or any other person and/or entity and/or branch and/or organization and/or company and or **DEPUTY CLERK** fiction under any circumstances, "do not trespass, private property, stay off, keep away," notification! *george h whaley jr*

# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: george henry whaley jr, a living person,

Whaley Jr George Henry. Claimant, Private Common Law Attorney/Specially Intervening for GEORGE HENRY WHALEY JR copyrighted, GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST, EIN #98-6100902.  FRCP Rule 201

JUDICIAL NOTICE OF ADJUDICATED FACTS [53 Pa. B 1051, Pa. R.J.A. 103(a) (b)(2) as amended from 225 Pa. code r. 201

Petitioner,

v.

Commonwealth of Pennsylvania et, al., Department of Transportation et, al., Pennsylvania State Police et, al., nancy butts, rian tira, william carlucci,  michael carroll, edward gensel, thomas marino, thomas heap, dave sunday, John/Jane Does 1-10,

Defendants.

MJ-29301-0000160-2024
CR-1339-2024
Case(s) No.: CP-41-CR-0001339-2024

## PETITION FOR REDRESS OF GRIEVANCES VERIFIED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, DAMAGES, AND RICO VIOLATIONS AND EMERGENCY REMOVAL TO STAY UNLAWFUL STATE PROCEEDINGS

Rule 17. Plaintiff and Defendant; Capacity; Public Officers

(a) Real Party in Interest. Is the GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST

(1) Designation in General. An action must be prosecuted in the name of the real party in interest. The

following may sue in their own names without joining the person for whose benefit the action is brought:

(A) an executor; (B) an administrator;  (C) a guardian;  (D) a bailee;    (E) a trustee of an express trust;

(F) a party with whom or in whose name a contract has been made for another's benefit; and

See: Secured Promissory Note #0077 filed in Lycoming County, Pa. NON UCC and as evidence of

real party of interest in Discovery & Jurisdictional Challenge Petitions.

According to: [Pa.R. Civil P. Rule 1017 (a).] is acting in a fiduciary or  representative capacity, which in

which fiduciary is directly revevant to the case, "Real Party in Interest".

**AMENDED NOTICE OF REMOVAL**

FILED
HARRISBURG, PA

1. I, whaley jr, george henry, george henry whaley jr being of legal age and competent to

testify, declare and state as follows:

I hear by invoke the Common Law Jurisdiction.

I am a living member of the Posterity of "we the People" referenced in the 1873 Constitution of

Pennsylvania and the united States of America Constitution's Preamble, thus, you are

amendable/governable to me.

Declared in front of a Notary who has authority to administer oaths under penalty of Law

under the laws of the united States of America that the after mentioned is true and correct.

## I. INTRODUCTION

2. Petitioner hereby provides lawful notice to this Court that any action to compel appearance of the

Petitioner in a manner that implies subjection to this Court's jurisdiction or diminishes Petitioner's

inherent autonomy, shall constitute an unlawful conversion of Petitioner's status. This petition is

presented strictly as a matter of right, and not in submission to this Court's jurisdiction, which is

expressly reserved. I do not consent submitting to this courts jurisdiction.

3. Petitioner seeks immediate remedy from unlawful and continuing commercial and constitutional

restraint of false imprisonment and false arrest imposed by Respondent(s), the Commonwealth of

Pennsylvania et, al., and The Pennsylvania State Police et, al., which is currently and unlawfully

impounding THE EXPRESS TRUST automobile. Respondent/Claimant for the EXPRESS TRUST is the

"real party in interest" is operating in the capacity of owner, and Respondent(s) failed to provide any

lawful remedy to said property. Petitioner issues formal objection to the same.

## AMENDED NOTICE OF REMOVAL

(Under 28 Stat. § 1443 – Enforcing Civil Rights in Criminal Prosecution)

## TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW the Defendant, a private United States national and non-citizen of the United States, specially appearing and without waiving rights or submitting to jurisdiction of any inferior state tribunal, and respectfully provides this Amended Notice of Removal, and states the following:

## I. BASIS FOR REMOVAL

This case arises from a prosecution commenced in the Pennsylvania Court of Common Pleas under docket MJ-29301-0000160-2024/CP-41-CR-0001339-2024/CR-1339-2024. The Defendant is not a citizen or resident of the forum state and has removed the proceeding pursuant to:

-28 Stat. § 1443 (originally 62 Stat. 937, June 25, 1948)

-Enforced pursuant to the Civil Rights Act of 1866, enacted April 9, 1866, ch. 31, 14 Stat. 27

-Statutory protections codified at 42 Stat. § 1981 and § 1982

-The removal is based on the Defendant's inability to enforce civil rights in the state forum and is brought under color of:

-Equal access to property and contract (Civil Rights Act of 1866, 14 Stat. 27)

-Denial of due process and lawful name use

-Denial of equal protection in criminal procedure

-Lack of valid service, due notice, and personal jurisdiction in the original action

## II. PROCEDURAL HISTORY

No formal complaint has ever been served upon the Defendant in state court, nor has the Commonwealth perfected service by sheriff or certified delivery. The Defendant has only received unauthorized and malformed process instruments purporting to initiate action under a name or identity not lawfully recognized or authorized.

## III. FEDERAL JURISDICTION

Federal jurisdiction is conferred by 28 Stat. § 1443 and enforced through the Acts of Congress which provide for equal civil rights. The Defendant asserts that the Pennsylvania court is unable or unwilling to enforce such rights and protections, and that continuing the prosecution violates protections established under federal law.

## PARTIES

- Petitioner is a private national in the Commonwealth of Pennsylvania, sui juris, not a corporate fiction, and not under contract with the DMV.
- Defendant Commonwealth of Pennsylvania is a political entity responsible for the policies and enforcement actions of the named departments and actors.
- Defendant Pennsylvania Department of Transportation (PennDOT) maintains DMV records and engaged in false recordkeeping and identity misclassification.
- Defendant Pennsylvania State Police and its agents initiated unlawful stop and search procedures against Plaintiff.

Individual officers and unknown Does are sued in their individual and official capacities.

AMENDED NOTICE OF REMOVAL

## FACTUAL ALLEGATIONS

1. The EXPRESS TRUST named GEORGE HENRY WHALEY JR, EIN# 98-6001902 which is a non-resident of Pennsylvania and owns the automobile that was stopped on September 12, 2024 for failure to have registration even though [Title 75, Chapter 13, Section 1303] says Non-resident vehicles are exempt from registration, and is unlawfully impounded by Pennsylvania State Police and now by the Commonwealth of Pennsylvania/Lycoming County Court of Common Pleas.

2. In 2020 and 2022, Petitioner lawfully surrendered his Pennsylvania driver's license and terminated all contractual nexus with the state DMV.

3. In 2024, Defendant officers initiated a traffic stop under the pretext of a "No registration" that was not required/ "suspended driver's license" that no longer existed in fact or law.

4. The officers conducted a warrantless search of Petitioner's person, discovered his private national passport, and ignored his express legal status.

5. Petitioner was falsely detained, threatened with arrest, and subjected to administrative proceedings under statutes that do not apply to his lawful capacity.

6. The DMV record was knowingly maintained or referenced fraudulently by PennDOT and law enforcement despite knowledge of Petitioner's surrender.

7. The state actors misrepresented Petitioner as a statutory licensee, constituting forced joinder and constructive fraud.

8. Defendants conspired across departments to uphold these void proceedings, forming a RICO enterprise of enforcement under color of law.

## CAUSES OF ACTION

**Count I** – Violation of Due Process Fifth Amendment of the united States of America Constitution & The 1873 Constitution of Pennsylvania, Civil Rights Act of 1866.

9. Petitioner re-alleges all prior paragraphs.

10. Defendants deprived Petitioner of liberty and property without due process by acting on false DMV records and denying jurisdictional challenge.

**Count II – False Arrest and False Imprisonment , Civil Rights Act of 1866**

11. Defendants unlawfully detained Petitioner without warrant, probable cause, or lawful jurisdiction.

**Count III – Civil RICO (18 U.S.C. § 1962(c))**

12. Defendants constitute an enterprise and engaged in a pattern of racketeering activity: mail fraud, wire fraud, obstruction, and deprivation of rights.

**Count IV – RICO Conspiracy (§ 1962(d))**

13. All Defendants knowingly agreed to facilitate and conceal an unlawful enterprise predicated on constructive fraud and forced joinder.

## CONSTITUTIONAL AND STATUTORY GROUNDS FOR REMOVAL

The state court has proceeded without proving subject matter jurisdiction or personal jurisdiction on the record. **(Ex parte McCardle, 74 U.S. 506 (1868)).**

The state court has returned evidence presented by Petitioner without docketing, ruling, or constitutional hearing [trial by jury], violating due process rights under the Fifth Amendment of the united States of America Constitution and The 1873 Constitution of Pennsylvania.

The state court has refused all lawful discovery requests and denied Petitioner the right to prepare a defense, violating **Mathews v. Eldridge, 424 U.S. 319 (1976).**

The state court has attempted to initiate jury selection without a Constitutional lawful trial setting, in violation of Article I, Section 6 of the 1873 Pennsylvania Constitution and the Seventh Amendment of the united States of America Constitution.

The Petitioner has been denied meaningful notice, the right to be heard, and access to a lawful tribunal, in violation of **Mullane v. Central Hanover Bank, 339 U.S. 306 (1950).**

The Petitioner has presented multiple petitions and constitutional objections which were returned or ignored, without any written ruling on record. This constitutes denial of access to the courts in violation of Article I, Section 11 of the Pennsylvania Constitution and the First Amendment of the united States of America Constitution.

Petitioner faces imminent and irreparable harm, including threat of bench warrant, arrest, coercive compulsion to participate in a void proceeding, and deprivation of rights under color of law. [42 U.S.C. §

1983]; 14 Stat. 27, and Civil Rights Act of 1866.

The conduct of the state tribunal, ignoring their own law, including forced joinder to a false identity e.g., statutory licensee, refusal to rule on evidence, and disregard of jurisdictional challenge, amounts to constructive fraud. **Tumey v. Ohio, 273 U.S. 510 (1927).**

State remedies are inadequate or unavailable, satisfying the exception to the Anti-Injunction Act, 28 Stat. 2283, permitting federal equitable relief where constitutional rights are in jeopardy.

This Court is obligated to hear and redress constitutional grievances under Article III, as the state tribunal lacks competency to adjudicate due process violations it itself has committed. **Marbury v. Madison, 5 U.S. 137 (1803).**

**WHEREFORE,** Defendant respectfully requests that this Court retain jurisdiction and that all proceedings in the Court of Common Pleas of Lycoming County, Pennsylvania, under criminal docket MJ-29301-0000160-2024/CP-41-CR-0001339-2024/CR-1339-2024 be deemed lawfully removed under 28 Stat. § 1443 and no longer within the jurisdiction of that tribunal.

Respectfully certified,

Whaley Jr George Henry, Claimant, Private Common Law Attorney/Specially Intervening for GEORGE HENRY WHALEY JR copyrighted, GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST, EIN #98-6100902

NATION PENNSYLVANIA
GENERAL POST-OFFICE
HEPBURN STREET
WILLIAMSPORT

**AMENDED NOTICE OF REMOVAL**

11

THIS IS A CONTRACT, your failure to answer and rebut this affidavit is acquiescence, you have 72 hrs. to answer, then this contract is Law.

THE GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST declare under penalty of law, under the Laws of the united States of America that the sworn statements made within this statement are true, correct, executed on ___5/27/2025___ by ___george h whaley sr___.

NEW YORK
State of ~~XXXXXXXXXXX~~

)ss.

County of _suffolk_ )

I have hereunto set my hand and seal of office On this, ___27th___ Day of ___May___, 2025

Notary Public _____

Seal:

> Scott Edward Daniel-Haynes
> Notary Public State Of New York
> No 01DA0019007 Qualified in Suffolk County
> Certificate Filed in New York County
> Commission Expires December 27, 2027

# CERTIFICATE OF SERVICE

Republic/State of _Pennsylvania_ )
Subscribed and Affirmed )    also TAKE JUDICIAL NOTICE
County of _Lycoming_ )    PURSUANT TO
    EXECUTIVE ORDER
    14219

I, _Whaley Jr George Henry_ the Authorized Representative, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the _June 23_ , 20_25_, that, on behalf of (name)_GEORGE HENRY WHALEY JR_, a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in Item 2 below, to wit:

| Item # | Document Description NOTICE OF REMOVAL | Number of pages |
|---|---|---|
| 1 | PETITION FOR REDRESS AMENDED NOTICE OF REMOVAL | 12 |
| 2 | PETITION FOR REDRESS Amended Notice of Ramoval | |
| 3 | Certificate of Service | |
| 4 | Certificate of Federal Removal & Mandatory Stay "Affidavit" | 12 |
| 5 | U.S. District Court Docket Sheet 4:25-cv-0007 | |
| 6 | Notice of Removal Petition "Affidavit" | 12 |
| 7 | Final Notice to State Court of Removal | 3 |
| 8 | Civil Cover Sheet "Amended" | 1 |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of _5_ documents with combined total of _50_ pages.

2. That I personally mailed said document(s) via (initial those which apply):

GEORGE HENRY WHALEY JR
PRIVATE EXPRESS TRUST

_____ United States Postal Office, by regular mail, postage prepaid
_____ United States Postal Office, by priority mail, postage prepaid, tracking number:
__X__ United States Postal Office, by Certified Mail # 9589  0710  5270  2945  1695  42
        Return Receipt Requested
_____ United Parcel Service (UPS), tracking number #
_____ Federal Express, tracking number #
__X__ Other (specify): _Over night delivery_

at said City and State, one (1) complete set of ORIGINAL/COPIED (circle one) documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es)):

| | |
|---|---|
| 1 | U.S. District Court for the Middle District of Pennsylvania, 1501 North 6th St. Suite 101, Harrisburg, PA 17102, c/o Clerk of the courts |
| CC 2 | Lycoming County Courthouse, Court of Common Pleas, 48 West 3rd St. Williamsport, PA 17701, ryan.tira, nancy butler, thomas heap, thomas marino, william carlucci |
| CC 3 | Pennsylvania State Police, 899 Cherry Street, Montoursville, PA 17754 c/o Edward gerisal |
| CC 4 | Commonwealth of Commonwealth of Pennsylvania, PA Attorney general, 320 Market St. Strawberry Square, Harrisburg, PA 17120, c/o Ms. Nicholle Henry, A.G. |
| CC 5 | Pennsylvania Dept. of Transportation, 400 North Street 5th floor Harrisburg, PA 17120, c/o Michael Carroll |

Certificate/Proof/Affidavit of Service    Page 1 of 2

# FINAL NOTICE TO STATE COURT OF REMOVAL

To be filed in the Court of Common Pleas, with certified proof of federal removal filing attached:

## IN THE COURT OF COMMON PLEAS OF LYCOMING COUNTY

## COMMONWEALTH OF PENNSYLVANIA

Commonwealth of Pennsylvania et, al., Department of Transportation et, al., Pennsylvania State Police et, al., nancy butts, rian tira, william carlucci,  michael carroll, edward gensel, thomas marino, thomas heap, dave sunday, John/Jane Does 1-10,

Defendants.

v.

Whaley Jr George Henry, Claimant, Private Common Law Attorney/Specially Intervening for GEORGE HENRY WHALEY JR copyrighted, GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST, EIN #98-6100902

Claimant

Commonwealth Criminal Docket No: MJ-29301-0000160-2024/CP-41-CR-0001339-2024CR-1339-2024

## FINAL AND IRREVOCABLE NOTICE TO STATE COURT OF FEDERAL REMOVAL UNDER 28 STAT. § 1443

## TO THE HONORABLE COURT AND THE CLERK OF COURT:

**PLEASE TAKE NOTICE** that the above-captioned criminal prosecution has been lawfully removed to

the United States District Court for the Middle District of Pennsylvania pursuant to:

-28 Stat. § 1443 (originally enacted by 62 Stat. 937, June 25, 1948)

-In furtherance of rights secured by the Civil Rights Act of 1866 (14 Stat. 27)

-And under protection of the Supremacy Clause of the Constitution of the United States, Article VI, Clause 2

-Defendant has never been lawfully served with verified complaint or original process. All attempted instruments have lacked legal standing, and proceedings in the state court violate federally protected rights.

Pursuant to 28 Stat. § 1446(d), this Court:

*"...shall proceed no further unless and until the case is unconditonally remanded."*

Accordingly, this Court is without jurisdiction to proceed, and any further adjudicative act in this case would violate the constitutional and statutory jurisdictional authority of the United States.

A certified copy of the Amended Notice of Removal and federal docket number has been attached to this notice and served upon the Clerk of Court and all parties of record.

Respectfully certified and entered into the record,

Claimant, Whaley Jr George Henry, Claimant, Private Common Law Attorney/Specially Intervening for GEORGE HENRY WHALEY JR copyrighted, GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST, EIN #98-6100902

NATION PENNSYLVANIA
GENERAL POST-OFFICE
HEPBURN STREET
WILLIAMSPORT

June 20, 2025

FINAL NOTICE TO STATE COURT OF REMOVAL

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice, with all federal docket attachments, has been

served upon:

-Clerk, Lycoming County Court of Common Pleas, 48 West 3rd Street, Williamsport

-Lyco. County District Attorney's Office, 48 west 3rd St. Williamsport, PA. 17701

-Pennsylvania State Police, 899 Cherry Street, Montoursville, PA 17754

-PA Dept. of Transportation, 400 North St., 5th floor, Harrisburg, PA 17120

-Commonwealth of Pennsylvania, 320 Market St. Strawberry Sq., Harrisburg, PA 17102

-U.S. District Court Middle of PA, 1501 North 6th St. Harrisburg, PA 17102


Served on this 23rd day of June, 2025.


Claimant Whaley Jr George Henry, Claimant, Private Common Law Attorney/Specially Intervening for

GEORGE HENRY WHALEY JR copyrighted, GEORGE HENRY WHALEY JR PRIVATE EXPRESS

TRUST, EIN #98-6100902

Agent for Service



FINAL NOTICE TO STATE COURT OF REMOVAL

# CERTIFICATE OF SERVICE

Republic/State of _Pennsylvania_ )

Subscribed and Affirmed )  also TAKE JUDICIAL NOTICE

County of _Lycoming_ )  PURSUANT TO EXECUTIVE ORDER 14219

I, _Whaley Jr George May_ the Authorized Representative, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the _June 23_ , 20_25_, that, on behalf of (name)_GEORGE HENRY WHALEY JR_, a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description NOTICE OF REMOVAL PETITION FOR REDRESS AMENDED NOTICE OF REMOVAL | Number of pages |
|---|---|---|
| 1 | PETITION FOR REDRESS AMENDED NOTICE OF REMOVAL | 72 |
| 2 | Certificate of Service | |
| 3 | Certificate of Federal Removal & Mandatory Stay "affidavit" | 72 |
| 4 | U.S. District Court Docket Sheet 4:25-cv-01007 | 1 |
| 5 | Notice of Removal Petition Affidavit | 14- |
| 6 | FINAL Notice to State Court of Removal | 3 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of _5_ documents with combined total of _50_ pages.

2. That I personally mailed said document(s) via (initial those which apply):

GEORGE HENRY WHALEY JR
PRIVATE EXPRESS TRUST

____ United States Postal Office, by regular mail, postage prepaid
____ United States Postal Office, by priority mail, postage prepaid, tracking number.
_X_ United States Postal Office, by Certified Mail # 9589  0710 5270 2945 1695  73
Return Receipt Requested
____ United Parcel Service (UPS), tracking number # _____
____ Federal Express, tracking number # _____
____ Other (specify): _____

at said City and State, one (1) complete set of ORIGINAL/COPIED (circle one) documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es)):

| | |
|---|---|
| 1 | US. District Court or the middle District of Pennsylvania, #501 North 6th St. Suite 101, Harrisburg, PA 17102, c/o clerk of the courts |
| 2 | Lycoming County Courthouse, Court of common pleas, 48 West 3rd St. Williamsport, PA. 17701, ryan-tira, nancy butts, thomas heap, thomas marino |
| 3 | Pennsylvania State Police, 899 Cherry Street, Montoursville, PA 17754 c/o Edward gansal |
| 4 | Commonwealth of Commonwealth of Pennsylvania, PA Attorney general, 320 Market St. Strawberry Square, Harrisburg, PA 17120, c/o Ms. Nichole Henry, A.G. |
| 5 | Pennsylvania Dept. of Transportation, 400 North Street 8th Floor Harrisburg, PA 17120, c/o Michael Carroll |

Certificate/Proof/Affidavit of Service  Page 1 of 2

# CERTIFICATE OF SERVICE

**Republic/State of** _Pennsylvania_ )    TAKE JUDICIAL NOTICE
**Subscribed and Affirmed** )
**County of** _Lycoming_ )

Whaley Jr George Henry

I, _____, the _Authorized Representative_, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the ___June 23___, 20_25_, that, on behalf of (name) _GEORGE HENRY WHALEY JR_ a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| | NOTICE OF REMOVAL | |
| | PETITION FOR REDRESS AMENDED NOTICE of REMOVAL | |
| 1 | Petition for REDRESS AMENDED NOTICE OF REMOVAL | 12 |
| 2 | Certificate of Service | 6 |
| 3 | Certificate of federal Removal & mandatory Stay "Affidavit" | 12 |
| 4 | U.S. District Court Docket Sheet, 4:25-cv-01007 | 1 |
| 5 | Notice of Petition "Affidavit" | 12 |
| 6 | Final Notice to State Court of Removal | 3 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of ____ documents with combined total of _____ pages.

2. That I personally mailed said document(s) via (initial those which apply):

_____ United States Postal Office, by regular mail, postage prepaid
_____ United States Postal Office, by priority mail, postage prepaid, tracking number:_____
__X___ United States Postal Office, by **Certified Mail #** 9589  0710  5270  2945  1695  66
Return Receipt Requested
_____ United Parcel Service (UPS), tracking number # _____
_____ Federal Express, tracking number # _____
_____ Other (specify): _By Hand to judge William Cartucci_
_handed to judge secretary_

at said City and State, one (1) complete set of **ORIGINAL/COPIED (circle one)** documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es)):

| # | Recipient(s) |
|---|---|
| 1 | Lyco. County Court of Common Pleas, 48 west 3rd street Williamsport, PA. 17701 will Iram cartucci, nami butts, ryantica, thomas hea P |
| CC 2 | U.S. District Court middle District Pennsylvania, 1501 North 6th St. Suite 101, Harrisburg, PA 17102, c/o Clerk of the Courts |
| CC 3 | Pennsylvania State Police, 899 Cherry St. Montoursville, PA 17754, c/o Edward gansel |
| CC 4 | Commonwealth of Pennsylvania, PA Attorney general, 320 market St. Strawberry Sq. Harrisburg, PA 17120 c/o dave sunday |
| CC 5 | Pennsylvania Dept. Transportation, 400 North St. 5th floor Harrisburg, PA. 17120, c/o micheal carroll |

_Certificate/Proof/Affidavit of Service_                          Page 1 of 2

# CERTIFICATE OF SERVICE

**Republic/State of** _Pennsylvania_ )
**Subscribed and Affirmed** )
**County of** _Lycoming_ )

I, _Whaley Jr George Henry_ the _Authorized Representative_, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the _June 23_ , 20_25_, that, on behalf of (name) _GEORGE HENRY WHALEY JR_ , a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| | NOTICE OF REMOVAL / PETITIONS FOR REDRESS GRIEVANCES | |
| 1 | Certificate of Service | 1 |
| 2 | NOTICE OF REMOVAL PETITION AFFIDAVIT | 12 |
| 3 | Removal 4:25-CV-01007 District Court letter | 1 |
| 4 | Judge munley, Judge bloom Memorandum & ORDER 4:24cv1867 | 10 |
| 5 | PETITION FOR REDRESS TO VACATE ORDER  AFFIDAVIT | 12 |
| 6 | CIVIL RIGHTS 1866 complaint · AFFIDAVIT | 5 |
| 7 | PETITION FOR WRITT Habeas Corpus Ad Subjiciendum AFFIDAVIT | 5 |
| 8 | Emergency motion temporary restraining order | 4 |
| 9 | Notice of removal Lyco. County, P.A. "AFFidavit." | 15 |
| 10 | | |
| 11 | | |
| 12 | | |

Total of _9_ documents with combined total of _65_ pages.

2. That I personally mailed said document(s) via (initial those which apply):

GEORGE HENRY WHALEY JR
PRIVATE EXPRESS TRUST

_____ United States Postal Office, by regular mail, postage prepaid
_____ United States Postal Office, by priority mail, postage prepaid, tracking number:_____
__X__ United States Postal Office, by **Certified Mail #** _9589 0710  5270 2945 1695 97_
          Return Receipt Requested
_____ United Parcel Service (UPS), tracking number #_____
_____ Federal Express, tracking number #_____
_____ Other (specify):_____

at said City and State, one (1) complete set of **ORIGINAL/COPIED (circle one)** documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es)):

| # | Recipient(s) |
|---|---|
| 1 | Pennsylvania Attorney General, 320 Market Street, Strawberry Square/16th@ Harrisburg, PA. 17120, c/o mr. Dave Sunday. current office holder |
| 2 | Pennsylvania Department of Transportation, 400 North Street, 5th floor Harrisburg, PA 17120, c/o michael carroll |
| 3 | Pennsylvania State Police, 899 Cherry Street, Mankursville, PA 17754 c/o edward gencel |
| 4 | Lycoming County District Attorney, 48 West 3rd Street Williamsport, PA 17701, c/o thomas marino |
| 5 | Lycoming County Court of Common Pleas 48 West 3rd Street Williamsport, PA. 17701, c/o Clerk of the Courts |

CC:
CC:
CC:
CE:

Certificate/Proof/Affidavit of Service     Page 1 of 1

# CERTIFICATE OF SERVICE

Republic/State of ___Pennsylvania___ )
Subscribed and Affirmed )
County of ___Lycoming___ )

TAKE JUDICIAL NOTICE
also PURSUANT TO ,
EXECUTIVE ORDER
14219

I, ___Whaley Jr George Henry___ the Authorized Representative, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the ___June 23___ , 20_25_, that, on behalf of (name) GEORGE HENRY WHALEY JR , a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

NOTICE OF REMOVAL

| Item # | Document Description | Number of pages |
|---|---|---|
| 1 | PETITION FOR REDRESS AMENDED NOTICE OF REMOVAL | 9 |
| 2 | Certificate of Service | X |
| 3 | Certificate of (Federal) Removal & Mandatory Stay "Affidavit" | 12 |
| 4 | U.S. District Court Docket Sheet #4:25-cv-01007 | 1 |
| 5 | Notice of Removal Petition APPLICANT | 8 |
| 6 | FINAL Notice to State Court of Removal | 3 |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of _5_ documents with combined total of __50__ pages.

2. That I personally mailed said document(s) via (initial those which apply):

GEORGE HENRY WHALEY JR.
PRIVATE EXPRESS TRUST

___ United States Postal Office, by regular mail, postage prepaid
___ United States Postal Office, by priority mail, postage prepaid, tracking number:
_X_ United States Postal Office, by Certified Mail # 9589  0710  5270  2945  1695  59
___ Return Receipt Requested
___ United Parcel Service (UPS), tracking number #
___ Federal Express, tracking number #
_X_ Other (specify): District Attorney

at said City and State, one (1) complete set of ORIGINAL/COPIED (circle one) documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es));

CCT 1 US District Court Middle District of Pennsylvania, 1501 North 6th St, Suite 101, Harrisburg, PA 17102, c/o clerk of the courts
CCT 2 Lycoming County Courthouse, Court of Common Pleas, 48 West 3rd St, Williamsport, PA 17701, ryan tira, nancy butts, thomas heap, thomas marino
CCT 3 Pennsylvania State Police, 899 Cherry Street, Montoursville, PA 17754, c/o Edward gansal
CCT 4 Commonwealth of Commonwealth of Pennsylvania, DA Attorney, general, 320 Market St, Strawberry Square, Harrisburg, PA 17120, c/o Ms. Nicholle Henry, A.G.
CCT 5 Pennsylvania Dept. of Transportation, 400 North Street 8th floor, Harrisburg, PA 17120, c/o Michael Carroll

Certificate, Proof, Affidavit of Service

Page 1 of 2

# CERTIFICATE OF SERVICE

**Republic/State of** _Pennsylvania_ )
**Subscribed and Affirmed** )   TAKE JUDICIAL NOTICE
**County of** _Lycoming_ )   also PURSUANT TO
                              EXECUTIVE ORDER
                              14219

I, _Whaley Jr George_ the Authorized Representative, being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the _June 23_ , 20_25_ , that, on behalf of (name) GEORGE HENRY WHALEY JR , a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:
                         NOTICE OF REMOVAL

| Item # | Document Description | Number of pages |
|---|---|---|
| | PETITION FOR REDRESS AMENDED NOTICE OF REMOVAL | |
| 1 | PETITION FOR REDRESS Amended Notice of Removal | 12 |
| 2 | Certificate of Service | |
| 3 | Certificate of Federal Removal & Mandatory Stay "Affidavit" | 12 |
| 4 | U.S. District Court Docket Sheet 4:25-cv-01007 | |
| 5 | Notice of Removal Petition "Affidavit" | 12 |
| 6 | Final Notice to State Court of Removal | 3 |
| 7 | Civil Cover Sheet "Amended" | 1 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of _5_ documents with combined total of _50_ pages.

2. That I personally mailed said document(s) via (initial those which apply):

GEORGE HENRY WHALEY JR
PRIVATE EXPRESS TRUST

____ United States Postal Office, by regular mail, postage prepaid
____ United States Postal Office, by priority mail, postage prepaid, tracking number:
_X_ United States Postal Office, by Certified Mail # 9589 0710 5270 2945 1695 46 Return Receipt Requested
____ United Parcel Service (UPS), tracking number #
____ Federal Express, tracking number #
_X_ Other (specify): _By Hand_

at said City and State, one (1) complete set of ORIGINAL/COPIED (circle one) documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es)):

| | |
|---|---|
| 1 | US. District Court for the Middle District of Pennsylvania, 1501 North 6th St. Suite 101, Harrisburg, PA 17102, C/o Clerk of the Courts |
| CC? 2 | Lycoming County Courthouse, Court of common Pleas, 48 West 3rd St. Williamsport, PA. 1701, mantora, money best's, thomas heap, thomas marion, william carlucci |
| CC? 3 | Pennsy. Narna State Police. 899 Cherry Street, Montoursville, PA 17754 C/o Edward genical |
| CC? 4 | Commonwealth of Commonwealth of Pennsylvan.a, PA Attorney general, 320 market st. Strawberry Square, Harrisburg, PA 17120, c/o Ms. Nicholle Henry, A.G. |
| CC? 5 | Pennsylvania Dept. of Transportation, 400 North Street 8th floor Harrisburg, PA 17120, C/o Michael Carroll |

Certificate/Proof/Affidavit of Service



# CERTIFICATE OF SERVICE

**Republic/State of** _____Pennsylvania_____ )
**Subscribed and Affirmed** )
**County of** _____Lycoming_____ )    *TAKE JUDICIAL NOTICE*

I, Whaley Jr George Henry , the Authorized Representative being of sound mind and under no duress, do hereby certify, attest and affirm that the following facts are true and correct, to wit:

1. That, on the ___June 22___ , 20_25_, that, on behalf of (name) _GEORGE HENRY WHALEY JR_ a human being, the undersigned personally deposited the following documents (listed below) inside the envelope, sealed them and transmitted them via the carrier indicated in item 2 below, to wit:

| Item # | Document Description | Number of pages |
|---|---|---|
| 1 | Amended NOTICE OF REMOVAL | 2, 12 |
| 2 | Certificate of Service | 1 |
| 3 | Civil Cover Sheet   Amended | 1 |
| 4 | Federal Removal Presentation Packet  , EXHIBIT "A" | 11 |
| 5 | Federal Docket Sheet  4:25-cv-01007 | 2 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |

Total of _5_ documents with combined total of ___26___ pages.

2. That I personally mailed said document(s) via (initial those which apply):

GEORGE HENRY WHALEY JR
PRIVATE EXPRESS TRUST

_____ United States Postal Office, by regular mail, postage prepaid
_____ United States Postal Office, by priority mail, postage prepaid, tracking number:
___X___ United States Postal Office, by **Certified Mail #** _9589 0710 5270 2945 1645 42_
_____ Return Receipt Requested
_____ United Parcel Service (UPS), tracking number # _____
_____ Federal Express, tracking number # _____
_____ Other (specify): _____

at said City and State, one (1) complete set of **ORIGINAL/COPIED (circle one)** documents, as described in item 1 above, properly enveloped and addressed to (addressee(s) and address(es)):

| # | Recipient(s) |
|---|---|
| 1 | U.S. District Court for the middle District of Pennsylvania 1501 North 6th St. Suite 101, Harrisburg, PA 17102, % Clerk of Courts |
| 2 | |
| 3 | |
| 4 | |

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Whaley Jr George Henry, Claimant/Specially Intervening for GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST, GEORGE HENRY WHALEY JR XXX-XX-9262

**DEFENDANTS** nancy butts, ryan tira, william Carlucci, edward gensel, thomas marino, mithelle henry

**(b)** County of Residence of First Listed Plaintiff Lycoming
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Lycoming/Dauphin
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* Mailing:
Whaley Jr George Henry, Authorized REP Claimant/Attorney in fact In care of C/O LC Campbell Street XilltransportPennsylvania [1720]]

NATION PENNSYLVANIA GENERAL POST OFFICE NEPPEHOCKEN STREET Williamsport

Attorneys *(If Known)*

unknown

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* | |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* | |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*                    Click here for:

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **INTELLECTUAL** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Agency Decision |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | ☒ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | State Statutes |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18(b)(2) Rule 11 FRCP/Court Local Rules, 1866, ch, 31, 14 Stat 27, 24 Stat 941 RTCO, 14 Stat 27, False imprisonment, False Arrest
Brief description of cause:
Constitutional Violations, Violation of Civil Rights of 1866, Article III Jurisdiction

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 3,000,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE william Carlucci, nancy butts, ryan tira
DOCKET NUMBER mj-2930l-0000l00-2024 CP-41-CR-000l339-2024 CR-1339-2024

DATE May 30, 2025

SIGNATURE OF ATTORNEY OF RECORD Whaley Jr George Henry, Authorized Representative

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|





### *OFFICE OF THE CLERK*
### *UNITED STATES DISTRICT COURT*
### *for the*
### *MIDDLE DISTRICT of PENNSYLVANIA*

**Sylvia H. Rambo U.S. Courthouse**
**1501 North 6th Street**
**Suite 101**
**Harrisburg, PA 17102**
**Internet Address: www.pamd.uscourts.gov**

PETER WELSH
Clerk of Court

June 5, 2025

Whaley Jr George Henry, Claimant, Private Common Law Attorney
/Specially Intervening for GEORGE HENRY WHALEY JR copyrighted,
GEORGE HENRY WHALEY JR PRIVATE EXPRESS TRUST,
EIN #98-6100902.

*Claimant,* Whaley Jr. v. Commonwealth of Pennsylvania et al/4:25-cv-01007

Dear Pro Se Plaintiff:

The court has received your documents and assigned it to the case number above.  Please use this
number in all future pleadings and correspondence regarding this case.

If you have simultaneously filed the proper application to proceed *in forma pauperis*, the matter has
been forwarded to the court for consideration. If you have not filed the proper application to proceed
*in forma pauperis*, an Administrative Order will be issued to you directing you to do so, together
with the forms. Upon receipt of the **COMPLETED** and **SIGNED** forms, your case will then be
forwarded to the Court for consideration.

Pro Se plaintiffs and petitioners are advised that they have an affirmative obligation to keep the court
informed of his or her current address. If the plaintiff or petitioner changes his or her address while
the lawsuit is being litigated, the plaintiff or petitioner shall immediately inform the court of the
change in writing.

All future pleadings and correspondence regarding this case should be mailed to the following
address:

**Sylvia H. Rambo U.S. Courthouse**
**1501 North 6th Street**
**Suite 101**
**Harrisburg, PA 17102**

| X | Complaint
| X | Petition
|   | Other

Sincerely,
PETER WELSH, Clerk of Court
By: IBR, Deputy Clerk

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

## EXCERPTS FROM LOCAL RULES OF COURT

. . .

## LR 5.2 Documents to be Filed with the Clerk.

. . .

(d)    A filed document in a case (other than a social security case) shall not contain any of the personal data identifiers listed in this rule unless permitted by an order of the court or unless redacted in conformity with this rule. The personal data identifiers covered by this rule and the required redactions are as follows:

1. **Social Security Numbers.** If an individual's Social Security Number must be included in a document, only the last four digits of that number shall be used;

2. **Names of minor children.** If the involvement of a minor child must be mentioned, only that child's initials shall be used;

3. **Dates of birth.** If an individual's date of birth must be included, only the year shall be used;

4. **Financial account numbers.** If financial account numbers must be included, only the last four digits shall be used.

. . .

## LR 5.4 Service and Filing of Discovery Material.

(a)    The parties in *pro se* cases, Health and Human Services cases (Social Security Appeals), and U.S. Government loan cases shall not be obligated to meet and confer prior to instituting discovery. Discovery shall commence no later than thirty (30) days from the date the complaint is served upon the defendant(s).

(b)    Interrogatories, requests for disclosures, requests for documents, requests for admissions, and answers and responses thereto shall be served upon other counsel and parties but shall not be filed with the court except as authorized by a provision of the Federal Rules of Civil Procedure or upon an order of the court. The party responsible for serving a discovery request shall retain and become the custodian of the original response. Proof of service or certificates of service of discovery material shall not be filed separately with the clerk. The original transcript or recording of any deposition upon oral examination shall be retained by the party who arranged for the transcript or the recording.